IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JO DEAN NUCHOLS, et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>JAMES BERRONG, et al., )<br>    Defendants ) | No. 3:03-CV-301<br>(Phillips) |

## JUDGMENT ORDER

This case came before the court on the motions for summary judgment by defendants, James Berrong and Blount County, Tennessee. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants motions,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs, Jo Dean Nuchols and David Nuchols, take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants, James Berrong and Blount County, Tennessee, recover of the plaintiffs their costs of action.

The final pretrial conference scheduled for September 13, 2006 and the trial scheduled for September 19, 2006 are **CANCELLED.**

Dated at Knoxville, Tennessee, this _____ day of August, 2006.

                                                s/ Patricia L. McNutt
                                                    Clerk of Court